UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:17-CV-442

R. ALEXANDER ACOSTA, Secretary )
of Labor, United States )
Department of Labor, )
                               )
        Plaintiff                 )
                               )
v.                                   )
                               )
AIMET TECHNOLOGIES, LLC.        )
                               )
                               )
        Defendant.              )

## **TEMPORARY RESTRAINING ORDER**

This Court, having fully considered Plaintiff's Motion for Temporary Restraining Order, hereby finds that the Plaintiff and the public interest will suffer irreparable injury, loss or damage, if the Defendant is not temporarily enjoined and restrained from:

(1)    transporting, offering for transportation, shipping, delivering, or selling in commerce, or shipping, delivering or selling with knowledge that shipment or delivery or sale thereof in commerce is intended, certain goods in the production of which employees were employed in violation of Section 6 or 7 of the Fair Labor Standards Act, 29 U.S.C. Section 201, et. seq. as listed below:
**INVENTORY PRODUCED OR HANDLED DURING THE PERIOD FROM JUNE 19, 2017 TO JULY 2, 2017 REMAINING AT AIMET TECHNOLOGIES'S WAREHOUSE**

- Sales order # 9416: 18,613 parts (Approximate value of $10,089.00)
- Sales order # 9394: 1,121 parts (Approximate Value of $813.17)
- Sales order # 9419: 5,424 parts (Approximate Value $12,230)
- Sales order # 9422: 40,480 parts (Approximate Value $26,029.80)
- Sales order # 9411: 23,970 parts (Approximate Value $3,587.65)

(2)    and any other goods which Defendant knows were produced by employees employed in violation of Sections 6 or 7 of the Fair Labor Standards Act, 29 U.S.C. Section 201, et. seq.

IT IS FURTHER ORDERED that a copy of this Order, together with a copy of Plaintiff's Motion, and all other filings of record not heretofore served, be served upon the Defendant forthwith by a representative of the Wage and Hour Division, United States Department of Labor. The court holds in abeyance remaining part of plaintiff's motion, and where it is well-established that a corporation cannot proceed pro se, accords defendant, served September 14, 2017, opportunity now to obtain counsel, prior to setting of any Rule 16 status conference, to address in part a schedule for resolution of issues presented.

Where this Order shall expire at 11:00 a.m., on the 25th day of October, 2017, should plaintiff seek to show good cause for extension of same prior to expiration of the order, request for continuance may be filed. It shall show the position of defendant on its face.

SO ORDERED this the 11th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE