UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | ) ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | FILE NO. 5:17-CV-442 |
| v. | ) ) | |
| AIMET TECHNOLOGIES, LLC., | ) ) | |
| Defendants. | ) | (Injunction Requested) |

## **PRELIMINARY INJUNCTION**

This cause came on to be heard on the __27th__ day of ____October____,
upon Plaintiff's Motion for a Preliminary Injunction, and the Court having considered the Complaint, the Declaration, and the Memorandum submitted in support of said Motion, it is

ORDERED, ADJUDGED and DECREED that Defendant Aimet Technologies's agents, servants, employees and all persons in active concert or participation with them are preliminarily enjoined during the pendency of this action, from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter referred to as the Act, in any of the following manners:

>    (1)  They shall not violate the provisions of §§ 6 and 15(a)(2) of the Act by paying less than the minimum wage prescribed and they shall not violate the provisions of §§ 7 and 15(a)(2) of the Act by paying less than the overtime rate prescribed.
>
>    (2)  They shall not violate the provisions of § 15(a)(1) by (1) transporting, offering for transportation, shipping, delivering, or selling in commerce, or shipping, delivering or selling with knowledge that shipment or delivery or sale thereof in commerce is intended, certain goods in the production of which employees were employed in violation of Section 6 and 7 of the Act, to wit: the

inventory listed in Exhibit A to the Declaration of Roosevelt Westmoreland III, with this Exhibit being incorporated herein and made a part hereof, and any other goods which defendant knows in the production of which employees were employed in violation of Sections 6 and 7 of the Act.

This preliminary injunction is to continue until further order of the Court.

Done and Ordered this   27th   day of   October, 2017  .

_____
UNITED STATES DISTRICT JUDGE