UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, )<br>)<br>) | CIVIL ACTION |
| Plaintiff, ) | FILE NO. 5:17-CV-442 |
| v. ) | |
| AIMET TECHNOLOGIES, LLC., ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

It appearing that Aimet Techologies, LLC, Defendants herein, are in default for failing to plead or otherwise defend as required by law, DEFAULT hereby is entered against said Defendant.

This __2__ day of __March_____.

_____
Peter A. Moore, Clerk
United States District Court