UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

R. ALEXANDER ACOSTA, Secretary of Labor, )
United States Department of Labor )
               Plaintiff, )
) **DEFAULT JUDGMENT**
v. )
) No. 5:17-CV-442-FL
AIMET TECHNOLOGIES, LLC, )
               Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 15, 2018, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. The court awards plaintiff back wages in the total amount of $43,554.84 plus liquidated damages in the amount of $43,554.84, for the total amount of $87,109.68. In the event of default by defendant in making payment, post-judgment interest shall be assessed on any unpaid amount at the rate established pursuant to 28 U.S.C. § 1961. The cost of this action are taxed to Defendant.

**This Judgment Filed and Entered on May 15, 2018, and Copies To:**
Kristin R. Murphy (via CM/ECF Notice of Electronic Filing)
Aimet Technologies, LLC c/o Julian Alexander (via US mail at 115 Legacy Crest Court, Zebulon, NC 27597)

May 15, 2018                        PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk